## WEINER v. KORN.

### No. 7635; July 18, 1884.

4 Pac. 373.

Appeal—Bill of Exceptions—Certificate of Judge.—Where there is no bill of exceptions, nor certificate of the judge that the papers printed in the transcript were used on the hearing of the motion which resulted in the making of the order appealed from, the order will not be reviewed.

APPEAL from the Superior Court of Merced County.

Bennett & Wigginton for appellant; J. K. Law for respondent.

By the COURT.—This is an appeal from an order that an execution issue in the above-entitled action. There is no bill of exceptions, nor certificate of the judge of the court in which the order was made that the papers printed in the transcript were used on the hearing of the motion which resulted in the making of the order appealed from. Under such circumstances we cannot review that order.

Order affirmed.